**Appeal Dismissed and Memorandum Opinion filed November 14, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-24-00663-CR

---

### MARCUS DEON VIRGIN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 182nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1656595**

---

### MEMORANDUM OPINION

On June 23, 2023, appellant was sentenced to twenty (20) years confinement in the Texas Department of Criminal Justice—Institutional Division for the offense of aggravated robbery with a deadly weapon. Therefore, appellant's notice of appeal was due by July 24, 2023. *See* Tex. R. App. P. 26.2(a)(1). Appellant mailed his notice of appeal on August 26, 2024, and the notice of appeal was file-stamped on September 3, 2024.

A defendant's notice of appeal must be filed within 30 days after sentence is

imposed when the defendant has not filed a motion for new trial. *See* Tex. R. App. P. 26.2(a)(1). A notice of appeal that complies with the requirements of Texas Rule of Appellate Procedure 26 is essential to vest the court of appeals with jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal. Under those circumstances it can take no action other than to dismiss the appeal. *Id.*

On September 24, 2024, the parties were notified that the appeal would be dismissed for lack of jurisdiction unless a party demonstrated that the court has jurisdiction. Appellant did not file a response.

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.
Do Not Publish — Tex. R. App. P. 47.2(b).